**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SAINT AGNES MEDICAL CENTER )
1303 East Herndon Avenue )
Fresno, California 93720 )
 )
ALBERT EINSTEIN HEALTHCARE NETWORK d/b/a )
ALBERT EINSTEIN MEDICAL CENTER )
5501 Old York Road )
Philadelphia, Pennsylvania 19141 )
 )
ALEGENT HEALTH - BERGAN MERCY HEALTH )
SYSTEM d/b/a CHI HEALTH MERCY )
COUNCIL BLUFFS )
800 Mercy Drive )
Council Bluffs, Iowa 51503 )
 )
ALEGENT HEALTH - BERGAN MERCY HEALTH )
SYSTEM d/b/a BERGAN MERCY MEDICAL CENTER )
7500 Mercy Road )
Omaha, Nebraska 68124 )
 )
ALEGENT HEALTH - IMMANUEL MEDICAL CENTER )
d/b/a CHI HEALTH IMMANUEL )
6901 North 72nd Street )
Omaha, Nebraska 68122 )
 )
ALLINA HEALTH SYSTEM d/b/a ABBOTT )
NORTHWESTERN HOSPITAL )
800 East 28th Street )
Minneapolis, Minnesota 55407 )
 )
ALLINA HEALTH SYSTEM d/b/a BUFFALO HOSPITAL )
303 Catlin Street )
Buffalo, Minnesota 55313 )
 )
ALLINA HEALTH SYSTEM d/b/a CAMBRIDGE )
MEDICAL CENTER )
701 South Dellwood Street )
Cambridge, Minnesota 55008 )
 )
ALLINA HEALTH SYSTEM d/b/a DISTRICT )
ONE HOSPITAL )
200 State Avenue )
Faribault, Minnesota 55021 )

ALLINA HEALTH SYSTEM d/b/a MERCY HOSPITAL    )
4050 Coon Rapids Boulevard    )
Coon Rapids, Minnesota 55433    )
    )
ALLINA HEALTH SYSTEM d/b/a    )
OWATONNA HOSPITAL    )
2250 NW 26th Street    )
Owatonna, Minnesota 55060    )
    )
ALLINA HEALTH SYSTEM d/b/a REGINA    )
MEDICAL CENTER    )
1175 Nininger Road    )
Hastings, Minnesota 55033    )
    )
ALLINA HEALTH SYSTEM d/b/a ST. FRANCIS    )
REGIONAL MEDICAL CENTER    )
1455 St. Francis Avenue    )
Shakopee, Minnesota 55379    )
    )
ALLINA HEALTH SYSTEM d/b/a UNITED HOSPITAL    )
333 North Smith Avenue    )
St. Paul, Minnesota 55102    )
    )
ATLANTICARE REGIONAL MEDICAL CENTER    )
65 West Jimmie Leeds Road    )
Pomona, New Jersey 08240    )
    )
BAPTIST HEALTHCARE OF OKLAHOMA, INC. d/b/a    )
INTEGRIS BAPTIST REGIONAL HEALTH CENTER    )
200 Second Avenue SW    )
Miami, Oklahoma 74355    )
    )
BAPTIST HEALTHCARE OF OKLAHOMA, INC. d/b/a    )
INTEGRIS BASS BAPTIST HEALTH CENTER    )
600 South Monroe    )
Enid, Oklahoma 73702    )
    )
BAPTIST HEALTHCARE OF OKLAHOMA, INC. d/b/a    )
INTEGRIS GROVE HOSPITAL    )
1001 East 18th Street    )
Grove, Oklahoma 74344    )
    )
BAPTIST HOSPITAL OF MIAMI, INC.    )
8900 North Kendall Drive    )
Miami, Florida 33176    )

2

BETH ISRAEL MEDICAL CENTER d/b/a MOUNT    )
SINAI BETH ISRAEL    )
1st Ave at 16th Street    )
New York, New York 10003    )
                                                              )
BETHESDA HOSPITAL, INC. d/b/a BETHESDA    )
NORTH HOSPITAL    )
10500 Montgomery Road    )
Cincinnati, Ohio 45242    )
                                                              )
BOTSFORD GENERAL HOSPITAL d/b/a BEAUMONT -    )
FARMINGTON HILLS    )
28050 Grand River Avenue    )
Farmington Hills, Michigan 48336    )
                                                              )
BOWLING GREEN-WARREN COUNTY COMMUNITY    )
HOSPITAL CORP., d/b/a THE MEDICAL CENTER    )
250 Park Street    )
Bowling Green, Kentucky 42102    )
                                                              )
BRIM HEALTHCARE OF TEXAS, LLC d/b/a WADLEY    )
REGIONAL MEDICAL CENTER    )
1000 Pine Street    )
Texarkana, Texas 75501    )
                                                              )
BROCKTON HOSPITAL, INC.    )
680 Centre Street    )
Brockton, Massachusetts 02302    )
                                                              )
BRONXCARE HEALTH SYSTEM d/b/a BRONX    )
LEBANON HOSPITAL CENTER    )
1276 Fulton Avenue    )
Bronx, New York 10456    )
                                                              )
BROOKDALE HOSPITAL MEDICAL CENTER    )
1 Brookdale Plaza    )
Brooklyn, New York 11212    )
                                                              )
CATHOLIC HEALTH INITIATIVES - IOWA, CORP.    )
d/b/a MERCY MEDICAL CENTER - DES MOINES    )
1111 6th Avenue    )
Des Moines, Iowa 50314    )

CATHOLIC HEALTH INITIATIVES COLORADO d/b/a        )
MERCY REGIONAL MEDICAL CENTER                     )
1010 Three Springs Boulevard                      )
Durango, Colorado 81301                           )
                                                  )
CATHOLIC HEALTH INITIATIVES COLORADO d/b/a        )
PENROSE/ST. FRANCIS HEALTHCARE                    )
2125 North Cascade Avenue                         )
Colorado Springs, Colorado 80907                  )
                                                  )
CATHOLIC HEALTH INITIATIVES COLORADO d/b/a        )
ST. ANTHONY CENTRAL                               )
4321 West 16th Avenue                             )
Denver, Colorado 80204                            )
                                                  )
CATHOLIC HEALTH INITIATIVES COLORADO d/b/a        )
ST. ANTHONY NORTH                                 )
2551 West 84th Avenue                             )
Westminster, Colorado 80031                       )
                                                  )
CATHOLIC HEALTH INITIATIVES COLORADO d/b/a        )
ST. ANTHONY SUMMIT MEDICAL CENTER                 )
340 Peak One Drive                                )
Frisco, Colorado 80443                            )
                                                  )
CATHOLIC HEALTH INITIATIVES COLORADO d/b/a        )
ST. MARY CORWIN MEDICAL CENTER                    )
1008 Minnequa Avenue                              )
Pueblo, Colorado 81004                            )
                                                  )
CATHOLIC HEALTH INITIATIVES COLORADO d/b/a        )
ST. THOMAS MORE HOSPITAL                          )
1338 Phay Avenue                                  )
Canon City, Colorado 81212                        )
                                                  )
CEDARS SINAI MEDICAL CENTER                       )
8700 Beverly Boulevard                            )
Los Angeles, California 90048                     )
                                                  )
CENTRAL SUFFOLK HOSPITAL d/b/a                    )
PECONIC BAY MEDICAL CENTER                        )
1300 Roanoke Avenue                               )
Riverhead, New York 11901                         )

CHENANGO MEMORIAL HOSPITAL, INC.        )
179 North Broad Street                             )
Norwich, New York 13815                         )
                                                               )
CHI ST. LUKE'S HEALTH BAYLOR COLLEGE OF      )
MEDICINE MEDICAL CENTER d/b/a CHI ST. LUKE'S  )
HEALTH BAYLOR MEDICAL CENTER    )
6720 Bertner Avenue                              )
Houston, Texas 77025                             )
                                                               )
CIRCLE HEALTH, INC. d/b/a LOWELL        )
GENERAL HOSPITAL                              )
295 Varnum Avenue                              )
Lowell, Massachusetts 01854                   )
                                                               )
CLARA MAASS MEDICAL CENTER        )
1 Clara Maass Drive                               )
Belleville, New Jersey 07109                   )
                                                               )
CLIFTON SPRINGS SANITARIUM COMPANY d/b/a    )
CLIFTON SPRINGS HOSPITAL & CLINIC       )
2 Coulter Road                                       )
Clifton Springs, New York 14432               )
                                                               )
COMMUNITY MEDICAL CENTER d/b/a GEISINGER   )
COMMUNITY MEDICAL CENTER              )
1800 Mulberry Street                             )
Scranton, Pennsylvania 18510                  )
                                                               )
COMMUNITY MEDICAL CENTER, INC.        )
99 Route 37 West                                  )
Toms River, New Jersey 08755                  )
                                                               )
DALLAS COUNTY HOSPITAL DISTRICT d/b/a       )
PARKLAND HEALTH AND HOSPITAL SYSTEM   )
5200 Harry Hines Boulevard                    )
Dallas, Texas 75235                               )
                                                               )
DAVIS HOSPITAL HOLDINGS AND IASIS       )
HEALTHCARE HOLDINGS d/b/a DAVIS HOSPITAL   )
AND MEDICAL CENTER                          )
1600 West Antelope Drive                       )
Layton, Utah 84041                               )

DAVIS MEMORIAL HOSPITAL                                    )
Gorman Avenue & Reed Street                                )
Elkins, West Virginia 26241                               )
                                                          )
DOCTORS HOSPITAL, INC.                                    )
5000 University Drive                                     )
Coral Gables, Florida 33146                               )
                                                          )
DUKE UNIVERSITY HEALTH SYSTEM, INC. d/b/a                 )
DURHAM REGIONAL HOSPITAL                                  )
3643 North Roxboro Road                                   )
Durham, North Carolina 27704                              )
                                                          )
DUKE UNIVERSITY HEALTH SYSTEM, INC., d/b/a                )
DUKE RALEIGH HOSPITAL                                     )
3400 Wake Forest Road                                     )
Raleigh, North Carolina 27609                             )
                                                          )
DUKE UNIVERSITY HEALTH SYSTEM, INC., d/b/a                )
DUKE UNIVERSITY HOSPITAL                                  )
2301 Erwin Road                                           )
Durham, North Carolina 27710                              )
                                                          )
EINSTEIN MEDICAL CENTER MONTGOMERY                        )
559 West Germantown Pike                                  )
East Norriton, Pennsylvania 19403                         )
                                                          )
FLAGET HEALTHCARE, INC. d/b/a ST. JOE - FLAGET )
4305 New Shepherdsville Road                              )
Bardstown, Kentucky 40004                                 )
                                                          )
FLORIDA HEALTH SCIENCES CENTER, INC. d/b/a                )
TAMPA GENERAL HOSPITAL                                    )
1 Tampa General Circle                                    )
Tampa, Florida 33601                                      )
                                                          )
FORT SANDERS REGIONAL MEDICAL CENTER                      )
1901 Clinch Avenue                                        )
Knoxville, Tennessee 37916                                )
                                                          )
FRANCISCAN HEALTH SYSTEM d/b/a                            )
ST. ANTHONY HOSPITAL                                      )
11567 Canterwood Boulevard N.W.                           )
Gig Harbor, Washington 98332                              )

FRANCISCAN HEALTH SYSTEM d/b/a                  )
ST. CLARE HOSPITAL                              )
11315 Bridgeport Way SW                         )
Lakewood, Washington 98003                      )
                                                )
FRANCISCAN HEALTH SYSTEM d/b/a                  )
ST. FRANCIS HOSPITAL                            )
34515 Ninth Avenue South                        )
Federal Way, Washington 98003                   )
                                                )
FRANCISCAN HEALTH SYSTEM d/b/a ST. JOSEPH       )
MEDICAL CENTER                                  )
1717 South "J" Street                           )
Tacoma, Washington 98405                        )
                                                )
GEISINGER MEDICAL CENTER                        )
100 North Academy Avenue                        )
Danville, Pennsylvania 17822                    )
                                                )
GEISINGER WYOMING VALLEY MEDICAL CENTER )
1000 East Mountain Boulevard                    )
Wilkes-Barre, Pennsylvania 18711                )
                                                )
GEISINGER-BLOOMSBURG HOSPITAL                   )
549 Fair Street                                 )
Bloomsburg, Pennsylvania 17815                  )
                                                )
GEISINGER-LEWISTOWN HOSPITAL                    )
400 Highland Avenue                             )
Lewistown, Pennsylvania 17044                   )
                                                )
GLENS FALLS HOSPITAL                            )
100 Park Street                                 )
Glens Falls, New York 12801                     )
                                                )
GOOD SAMARITAN HOSPITAL, KEARNEY,               )
NEBRASKA d/b/a CHI HEALTH GOOD SAMARITAN        )
10 East 31st Street                             )
Kearney, Nebraska 68847                         )
                                                )
GOTTLIEB MEMORIAL HOSPITAL                      )
701 West North Avenue                           )
Melrose Park, Illinois 60160                    )

GRADY MEMORIAL HOSPITAL CORPORATION d/b/a )
GRADY MEMORIAL HOSPITAL                     )
80 Jesse Hill, Jr Drive SE                  )
Atlanta, Georgia 30303                      )
                                            )
GREENVILLE HEALTH SYSTEM d/b/a GHS          )
GREENVILLE MEMORIAL HOSPITAL                )
701 Grove Road                             )
Greenville, South Carolina 29605            )
                                            )
GREENVILLE HEALTH SYSTEM d/b/a GHS GREER    )
MEMORIAL HOSPITAL                           )
830 South Buncombe Road                     )
Greer, South Carolina 29650                 )
                                            )
GREENVILLE HEALTH SYSTEM d/b/a GHS LAURENS )
COUNTY MEMORIAL HOSPITAL                     )
22725 Highway 76 East                       )
Clinton, South Carolina 29325               )
                                            )
GREENVILLE HEALTH SYSTEM d/b/a GHS OCONEE   )
MEMORIAL HOSPITAL                           )
298 Memorial Drive                          )
Seneca, South Carolina 29672                )
                                            )
HACKENSACK MERIDIAN HEALTH                  )
30 Prospect Avenue                          )
Hackensack, New Jersey 07601                )
                                            )
HARRISON MEDICAL CENTER                     )
2520 Cherry Avenue                          )
Bremerton, Washington 98310                 )
                                            )
HIGHLAND HOSPITAL OF ROCHESTER              )
1000 South Avenue                           )
Rochester, New York 14620                   )
                                            )
HIGHLINE MEDICAL CENTER                     )
16251 Sylvester Road SW                     )
Burien, Washington 98166                    )
                                            )
HOLY CROSS HOSPITAL, INC.                   )
4725 North Federal Highway                  )
Fort Lauderdale, Florida 33308              )

HOLY SPIRIT HOSPITAL OF THE SISTERS OF  )
CHRISTIAN CHARITY  )
503 North 21st Street  )
Camp Hill, Pennsylvania 17011  )
  )
HOMESTEAD HOSPITAL, INC.  )
975 Baptist Way  )
Homestead, Florida 33033  )
  )
HOUSTON METHODIST ST. JOHN HOSPITAL d/b/a  )
HOUSTON METHODIST CLEAR LAKE HOSPITAL  )
18300 St. John Drive  )
Nassau Bay, Texas 77450  )
  )
METHODIST HEALTH CENTERS d/b/a HOUSTON  )
METHODIST THE WOODLANDS HOSPITAL  )
17201 Interstate 45  )
The Woodlands, Texas 77385  )
  )
HUNTINGTON HOSPITAL ASSOCIATION d/b/a  )
HUNTINGTON HOSPITAL  )
270 Park Avenue  )
Huntington, New York 11743  )
  )
IASIS GLENWOOD REGIONAL MEDICAL  )
CENTER, LP  )
503 McMillan Road  )
West Monroe, Louisiana 71292  )
  )
INTEGRIS BAPTIST MEDICAL CENTER, INC.  )
3300 Northwest Expressway  )
Oklahoma City, Oklahoma 73112  )
  )
INTEGRIS RURAL HEALTH, INC. d/b/a INTEGRIS  )
CANADIAN VALLEY REGIONAL HOSPITAL  )
1201 Health Center Parkway  )
Yukon, Oklahoma 73099  )
  )
INTEGRIS SOUTH OKLAHOMA CITY HOSPITAL  )
CORPORATION d/b/a INTEGRIS SOUTHWEST  )
MEDICAL CENTER  )
4401 South Western Avenue  )
Oklahoma City, Oklahoma 73109  )

JERSEY CITY MEDICAL CENTER                          )
355 Grand Street                                    )
Jersey City, New Jersey 07304                       )
                                                    )
JEWISH HOSPITAL & ST. MARY'S HEALTHCARE,            )
INC. d/b/a JEWISH HOSPITAL & ST. MARY'S HEALTH      )
539 South 4th Street                                )
Louisville, Kentucky 40202                          )
                                                    )
JEWISH HOSPITAL & ST. MARY'S HEALTHCARE,            )
INC. d/b/a JEWISH HOSPITAL SHELBYVILLE              )
727 Hospital Drive                                  )
Shelbyville, Kentucky 40065                         )
                                                    )
JOHN D. ARCHBOLD MEMORIAL HOSPITAL, INC.            )
915 Gordon Avenue & Mimosa Drive                    )
Thomasville, Georgia 31792                          )
                                                    )
JOHNSON MEMORIAL HOSPITAL, INC.                     )
201 Chestnut Hill Road                              )
Stafford Springs, Connecticut 06076                 )
                                                    )
JORDAN VALLEY MEDICAL CENTER, LP                    )
3580 West 9000 South                                )
West Jordan, Utah 84088                             )
                                                    )
KALEIDA HEALTH                                      )
100 High Street                                     )
Buffalo, New York 14203                             )
                                                    )
KALISPELL REGIONAL MEDICAL CENTER, INC.             )
310 Sunnyview Lane                                  )
Kalispell, Montana 59901                            )
                                                    )
LANCASTER GENERAL HEALTH d/b/a LANCASTER            )
GENERAL HOSPITAL                                    )
555 North Duke Street                               )
Lancaster, Pennsylvania 17604                       )
                                                    )
LEGACY EMANUEL HOSPITAL & HEALTH CENTER             )
2801 North Gantenbein Avenue                        )
Portland, Oregon 97227                              )

LEGACY GOOD SAMARITAN HOSPITAL AND    )
MEDICAL CENTER d/b/a LEGACY GOOD    )
SAMARITAN MEDICAL CENTER    )
1015 NW 22nd Avenue    )
Portland, Oregon 97210    )
    )
LEGACY MERIDIAN PARK HOSPITAL    )
19300 SW 65th Avenue    )
Tualatin, Oregon 97062    )
    )
LEGACY MOUNT HOOD MEDICAL CENTER    )
24800 SE Stark Street    )
Gresham, Oregon 97030    )
    )
LEGACY SALMON CREEK HOSPITAL    )
2211 NE 139th Street    )
Vancouver, Washington 98686    )
    )
LENOX HILL HOSPITAL    )
100 E 77th Street    )
New York, New York 10021    )
    )
LESTER E COX MEDICAL CENTERS d/b/a    )
COXHEALTH    )
1423 North Jefferson    )
Springfield, Missouri 65802    )
    )
LEXINGTON MEMORIAL HOSPITAL INC    )
250 Hospital Drive    )
Lexington, North Carolina 27293    )
    )
LONG ISLAND JEWISH MEDICAL CENTER    )
270-05 76th Avenue    )
New Hyde Park, New York 11040    )
    )
LONGMONT UNITED HOSPITAL    )
1950 Mountain View Avenue    )
Longmont, Colorado 80501    )
    )
LOURDES MEDICAL CENTER OF BURLINGTON    )
COUNTY, A NEW JERSEY    )
NONPROFIT CORPORATION    )
218A Sunset Road    )
Willingboro, New Jersey 08046    )

LOYOLA UNIVERSITY MEDICAL CENTER          )
2160 South First Avenue                   )
Maywood, Illinois 60153                   )
                                          )
MAIMONIDES MEDICAL CENTER                 )
4802 Tenth Avenue                         )
Brooklyn, New York 11219                  )
                                          )
MARLBOROUGH HOSPITAL                      )
157 Union Street                          )
Marlborough, Massachusetts 01752          )
                                          )
MEMORIAL HEALTH SYSTEM OF EAST TEXAS d/b/a )
CHI ST. LUKE'S HEALTH MEMORIAL LUFKIN     )
1201 West Frank Street                    )
Lufkin, Texas 75904                       )
                                          )
MEMORIAL HERMANN HEALTH SYSTEM d/b/a      )
MEMORIAL HERMANN HOSPITAL SYSTEM          )
1635 North Loop West                      )
Houston, Texas 77074                      )
                                          )
MEMORIAL HERMANN HEALTH SYSTEM d/b/a      )
MEMORIAL HERMANN KATY HOSPITAL            )
23900 Katy Freeway                        )
Katy, Texas 77494                         )
                                          )
MEMORIAL HERMANN HEALTH SYSTEM d/b/a      )
MEMORIAL HERMANN MEMORIAL CITY            )
MEDICAL CENTER                            )
921 Gessner Road                          )
Houston, Texas 77024                      )
                                          )
MEMORIAL HERMANN HEALTH SYSTEM d/b/a      )
MEMORIAL HERMANN NORTHEAST                )
18951 North Memorial Drive                )
Humble, Texas 77338                       )
                                          )
MEMORIAL HERMANN HEALTH SYSTEM d/b/a      )
MEMORIAL HERMANN SUGAR LAND HOSPITAL      )
17500 West Grand Parkway South            )
Sugar Land, Texas 77479                   )

MEMORIAL HERMANN HEALTH SYSTEM d/b/a )
MEMORIAL HERMANN-TEXAS MEDICAL CENTER )
6411 Fannin Street )
Houston, Texas 77030 )
)
MEMORIAL HOSPITAL OF POLK COUNTY d/b/a CHI )
ST. LUKE'S HEALTH MEMORIAL LIVINGSTON )
602 East Church )
Livingston, Texas 77351 )
)
MEMORIAL HOSPITAL, ALBANY, N.Y. d/b/a ALBANY )
MEMORIAL HOSPITAL )
600 Northern Boulevard )
Albany, New York 12204 )
)
MERCY CATHOLIC MEDICAL CENTER OF )
SOUTHEASTERN PENNSYLVANIA )
1500 Lansdowne Avenue )
Darby, Pennsylvania 19023 )
)
MERCY HEALTH PARTNERS d/b/a MERCY HEALTH )
HACKLEY CAMPUS )
1700 Clinton Street )
Muskegon, Michigan 49442 )
)
MERCY HEALTH SERVICES - IOWA, CORP. d/b/a )
MERCY MEDICAL CENTER - DUBUQUE )
250 Mercy Drive )
Dubuque, Iowa 52001 )
)
MERCY HEALTH SERVICES - IOWA, CORP. d/b/a )
MERCY MEDICAL CENTER - NORTH IOWA )
1000 Fourth Street SW )
Mason City, Iowa 50401 )
)
MERCY HEALTH SERVICES - IOWA, CORP. d/b/a )
MERCY MEDICAL CENTER - SIOUX CITY )
801 5th Street )
Sioux City, Iowa 51101 )
)
MERCY HOSPITAL AND MEDICAL CENTER )
2525 South Michigan Avenue )
Chicago, Illinois 60616 )

MERCY MEDICAL CENTER - CLINTON, INC.              )
1410 North 4th Street                             )
Clinton, Iowa 52732                               )
                                                  )
MERCY MEDICAL CENTER - NEWTON                     )
204 N 4th Ave East                                )
Newton, Iowa 50208                                )
                                                  )
MERCY MEDICAL CENTER, INC.                        )
2700 Stewart Parkway                              )
Roseburg, Oregon 97470                            )
                                                  )
METHODIST HEALTH CENTERS d/b/a HOUSTON            )
METHODIST SUGAR LAND HOSPITAL                     )
16655 Southwest Freeway                           )
Sugar Land, Texas 77479                           )
                                                  )
METHODIST HEALTH CENTERS d/b/a HOUSTON            )
METHODIST WEST HOSPITAL                           )
18500 Katy Freeway                                )
Houston, Texas 77094                              )
                                                  )
METHODIST HEALTH CENTERS d/b/a HOUSTON            )
METHODIST WILLOWBROOK HOSPITAL                    )
18220 Tomball Parkway                             )
Houston, Texas 77070                              )
                                                  )
METHODIST HOSPITALS OF DALLAS d/b/a              )
METHODIST CHARLTON MEDICAL CENTER                )
3500 West Wheatland Road                          )
Dallas, Texas 75237                               )
                                                  )
METHODIST HOSPITALS OF DALLAS d/b/a              )
METHODIST DALLAS MEDICAL CENTER                  )
1441 North Beckley Avenue                         )
Dallas, Texas 75203                               )
                                                  )
METHODIST MEDICAL CENTER OF OAK RIDGE             )
d/b/a METHODIST MEDICAL CENTER                    )
990 Oak Ridge Turnpike                            )
Oak Ridge, Tennessee 37831                        )
                                                  )
MONMOUTH MEDICAL CENTER, INC. d/b/a              )
MONMOUTH MEDICAL CENTER                           )
600 River Avenue                                  )
Lakewood, New Jersey 08701                        )

MONMOUTH MEDICAL CENTER INC. d/b/a          )
MONMOUTH MEDICAL CENTER                      )
SOUTHERN CAMPUS                              )
300 Second Avenue                            )
Long Branch, New Jersey 07740                )
                                             )
MONTEFIORE MEDICAL CENTER                    )
111 E. 210th Street                          )
Bronx, New York 10467                        )
                                             )
MORTON HOSPITAL, A STEWARD FAMILY            )
HOSPITAL, INC. d/b/a MORTON HOSPITAL         )
88 Washington Street                         )
Taunton, Massachusetts 02780                 )
                                             )
MOUNT CARMEL HEALTH SYSTEM                   )
793 West State Street                        )
Columbus, Ohio 43222                         )
                                             )
MOUNT CARMEL HEALTH SYSTEM d/b/a MOUNT       )
CARMEL ST. ANN'S                             )
500 South Cleveland Avenue                   )
Westerville, Ohio 43081                      )
                                             )
MOUNT SINAI MEDICAL CENTER                   )
4300 Alton Road                              )
Miami Beach, Florida 33140                   )
                                             )
MOUNTAIN VISTA MEDICAL CENTER, LP            )
1301 South Crimson Road                      )
Mesa, Arizona 85209                          )
                                             )
NAZARETH HOSPITAL                            )
2601 Holme Avenue                            )
Philadelphia, Pennsylvania 19152             )
                                             )
NEW YORK EYE AND EAR INFIRMARY OF            )
MOUNT SINAI                                  )
310 East 14th Street                         )
New York, New York 10003                     )
                                             )
NEW YORK PRESBYTERIAN/LAWRENCE               )
55 Palmer Avenue                             )
Bronxville, New York 10708                   )

NEWARK BETH ISRAEL MEDICAL CENTER INC        )
201 Lyons Avenue        )
Newark, New Jersey 07112        )
        )
NEWARK-WAYNE COMMUNITY HOSPITAL        )
111 Driving Park Avenue        )
Newark, New York 14513        )
        )
NEWYORK PRESBYTERIAN BROOKLYN        )
METHODIST HOSPITAL d/b/a NEW YORK -        )
PRESBYTERIAN/BROOKLYN METHODIST        )
506 Sixth Street        )
Brooklyn, New York 11215        )
        )
NEWYORK-PRESBYTERIAN-QUEENS        )
56-45 Main Street        )
Flushing, New York 11355        )
        )
NORTH CAROLINA BAPTIST HOSPITAL d/b/a        )
WAKE FOREST BAPTIST HOSPITAL        )
Medical Center Boulevard        )
Winston-Salem, North Carolina 27157        )
        )
NORTH SHORE UNIVERSITY HOSPITAL        )
300 Community Drive        )
Manhasset, New York 11030        )
        )
NYACK HOSPITAL        )
160 North Midland Avenue        )
Nyack, New York 10960        )
        )
OAKWOOD HEALTHCARE, INC. d/b/a BEAUMONT -        )
DEARBORN        )
18101 Oakwood Boulevard        )
Dearborn, Michigan 48124        )
        )
OAKWOOD HEALTHCARE, INC. d/b/a BEAUMONT -        )
WAYNE        )
33155 Annapolis Avenue        )
Wayne, Michigan 48184        )
        )
OAKWOOD HEALTHCARE, INC. d/b/a BEAUMONT        )
HOSPITAL - TAYLOR        )
10000 Telegraph Road        )
Taylor, Michigan 48180        )

OAKWOOD HEALTHCARE, INC.d/b/a BEAUMONT -          )
TRENTON                                                                          )
5450 Fort Street                                                                )
Trenton, Michigan 48183                                                   )
                                                                                      )
O'CONNOR HOSPITAL                                                      )
2105 Forest Avenue                                                          )
San Jose, California 95128                                               )
                                                                                      )
ODESSA REGIONAL HOSPITAL, L.P. d/b/a ODESSA    )
REGIONAL MEDICAL CENTER                                         )
520 East Sixth Street                                                        )
Odessa, Texas 79761                                                        )
                                                                                      )
ORLANDO HEALTH CENTRAL INC. d/b/a                        )
HEALTH CENTRAL                                                         )
10000 West Colonial Drive                                              )
Ocoee, Florida 34761                                                      )
                                                                                      )
ORLANDO HEALTH, INC.                                                )
1414 Kuhl Avenue                                                            )
Orlando, Florida 32806                                                    )
                                                                                      )
OUR LADY OF LOURDES MEDICAL CENTER, INC        )
1600 Haddon Avenue                                                       )
Camden, New Jersey 08103                                              )
                                                                                      )
PARKWEST MEDICAL CENTER                                       )
9352 Park West Boulevard                                               )
Knoxville, Tennessee 37923                                            )
                                                                                      )
PHELPS MEMORIAL HOSPITAL ASSOCIATION d/b/a   )
PHELPS MEMORIAL HOSPITAL CENTER                       )
701 North Broadway                                                        )
Sleepy Hollow, New York 10591                                      )
                                                                                      )
PREMIER HEALTH PARTNERS d/b/a ATRIUM              )
MEDICAL CENTER                                                          )
One Medical Center Drive                                                 )
Franklin, Ohio 45005                                                       )
                                                                                      )
PREMIER HEALTH PARTNERS d/b/a MIAMI              )
VALLEY HOSPITAL                                                         )
One Wyoming Street                                                        )
Dayton, Ohio 45409                                                        )

17

PREMIER HEALTH PARTNERS d/b/a UPPER VALLEY    )
MEDICAL CENTER    )
3130 North Dixie Highway    )
Troy, Ohio 45373    )
    )
ROBERT WOOD JOHNSON UNIVERSITY HOSPITAL    )
AT RAHWAY    )
865 Stone Street    )
Rahway, New Jersey 07065    )
    )
ROBERT WOOD JOHNSON UNIVERSITY    )
HOSPITAL, INC    )
One Robert Wood Johnson Place    )
New Brunswick, New Jersey 08901    )
    )
ROBERT WOOD JOHNSON UNIVERSITY    )
HOSPITAL, INC d/b/a ROBERT WOOD JOHNSON    )
UNIVERSITY HOSPITAL AT SOMERSET    )
110 Rehill Avenue    )
Somerville, New Jersey 08876    )
    )
SAINT ALPHONSUS REGIONAL MEDICAL    )
CENTER, INC.    )
1055 North Curtis Road    )
Boise, Idaho 83706    )
    )
SAINT BARNABAS MEDICAL CENTER    )
94 Old Short Hills Road    )
Livingston, New Jersey 07039    )
    )
SAINT ELIZABETH REGIONAL MEDICAL CENTER    )
d/b/a CHI HEALTH ST. ELIZABETH    )
555 South 70th Street    )
Lincoln, Nebraska 68510    )
    )
SAINT FRANCIS HOSPITAL AND MEDICAL CENTER )
114 Woodland Street    )
Hartford, Connecticut 06105    )
    )
SAINT FRANCIS HOSPITAL SOUTH, L.L.C.    )
10501 East 91st Street South    )
Tulsa, Oklahoma 74133    )
    )
SAINT FRANCIS HOSPITAL, INC.    )
6161 South Yale Avenue    )
Tulsa, Oklahoma 74136    )

SAINT FRANCIS MEDICAL CENTER                           )
3630 East Imperial Highway                             )
Lynwood, California 90262                              )
                                                       )
SAINT FRANCIS MEDICAL CENTER d/b/a CHI                 )
HEALTH ST. FRANCIS                                     )
2620 West Faidley Avenue                               )
Grand Island, Nebraska 68803                           )
                                                       )
SAINT JOSEPH HEALTH SYSTEM, INC d/b/a ST.              )
JOSEPH HOSPITAL LONDON                                 )
1001 Saint Joseph Lane                                 )
London, Kentucky 40741                                 )
                                                       )
SAINT JOSEPH HEALTH SYSTEM, INC. d/b/a                 )
SAINT JOSEPH EAST                                      )
150 North Eagle Creek                                  )
Lexington, Kentucky 40509                              )
                                                       )
SAINT JOSEPH HEALTH SYSTEM, INC. d/b/a SAINT           )
JOSEPH HOSPITAL                                        )
One Saint Joseph Drive                                 )
Lexington, Kentucky 40504                              )
                                                       )
SAINT JOSEPH HEALTH SYSTEM, INC. d/b/a SAINT           )
JOSEPH-MOUNT STERLING                                  )
225 Falcon Drive                                       )
Mount Sterling, Kentucky 40353                         )
                                                       )
SAINT JOSEPH REGIONAL MEDICAL CENTER -                 )
PLYMOUTH CAMPUS, INC.                                  )
1915 Lake Avenue                                       )
Plymouth, Indiana 46563                                )
                                                       )
SAINT JOSEPH REGIONAL MEDICAL CENTER -                 )
SOUTH BEND CAMPUS, INC.                                )
5215 Holy Cross Parkway                                )
Mishawaka, Indiana 46545                               )
                                                       )
SAINT LOUISE REGIONAL HOSPITAL                         )
9400 No Name Uno                                       )
Gilroy, California 95020                               )
                                                       )
SAINT MARY'S HOSPITAL, INC.                            )
56 Franklin Street                                     )
Waterbury, Connecticut 06706                           )

SALT LAKE REGIONAL MEDICAL CENTER, LP      )
1050 East South Temple                     )
Salt Lake City, Utah 84102                 )
                                           )
SAMARITAN HOSPITAL OF TROY, NEW YORK d/b/a  )
SAMARITAN HOSPITAL                         )
2215 Burdett Avenue                        )
Troy, New York 12180                       )
                                           )
SAN JACINTO METHODIST HOSPITAL d/b/a       )
HOUSTON METHODIST BAYTOWN HOSPITAL         )
4401 Garth Road                            )
Baytown, Texas 77521                       )
                                           )
SANFORD, A NORTH DAKOTA CORPORATION d/b/a  )
SANFORD BISMARCK MEDICAL CENTER            )
300 North Seventh Street                   )
Bismarck, North Dakota 58506               )
                                           )
SANFORD, A NORTH DAKOTA CORPORATION d/b/a  )
SANFORD FARGO MEDICAL CENTER               )
415 3rd Avenue N                           )
Fargo, North Dakota 58102                  )
                                           )
SANFORD HEALTH NETWORK d/b/a               )
SANFORD ABERDEEN                           )
2905 Third Avenue SE                       )
Aberdeen, South Dakota 57402               )
                                           )
SANFORD HEALTH NETWORK d/b/a               )
SANFORD BEMIDJI MEDICAL CENTER             )
1300 Anne Street NW                        )
Bemidji, Minnesota 56601                   )
                                           )
SANFORD HEALTH NETWORK d/b/a               )
SANFORD WORTHINGTON                        )
1018 Sixth Avenue                          )
Worthington, Minnesota 56187               )
                                           )
SANFORD HEALTH NETWORK d/b/a               )
SIOUX VALLEY HOSPITAL USD MEDICAL CENTER   )
1305 W 18th Street                         )
Sioux Falls, South Dakota 57117            )

SETON HEALTH SYSTEM, INC.                            )
1300 Massachusetts Avenue                            )
Troy, New York 12180                                 )
                                                     )
SETON MEDICAL CENTER                                 )
1900 Sullivan Avenue                                 )
Daly City, California 94015                          )
                                                     )
SHANDS TEACHING HOSPITAL AND CLINICS, INC.           )
d/b/a UF HEALTH SHANDS HOSPITAL                       )
1600 SW Archer Road                                  )
Gainesville, Florida 32608                           )
                                                     )
SHARON PENNSYLVANIA HOSPITAL COMPANY,                )
LLC d/b/a SHARON REGIONAL MEDICAL CENTER             )
740 East State Street                                )
Sharon, Pennsylvania 16146                           )
                                                     )
SJ MEDICAL CENTER, LLC d/b/a ST. JOSEPH              )
MEDICAL CENTER                                       )
1401 St. Joseph Parkway                              )
Houston, Texas 77002                                 )
                                                     )
SOUND SHORE MEDICAL CENTER                           )
OF WESTCHESTER d/b/a MONTEFIORE                      )
NEW ROCHELLE HOSPITAL                                )
16 Guion Place                                       )
New Rochelle, New York 10801                         )
                                                     )
SOUTH LAKE HOSPITAL, INC.                            )
1900 Don Wickham Drive                               )
Clermont, Florida 34711                              )
                                                     )
SOUTH MIAMI HOSPITAL, INC.                           )
6200 SW 73rd Street                                  )
South Miami, Florida 33143                           )
                                                     )
SOUTH NASSAU COMMUNITIES HOSPITAL                    )
One Healthy Way                                      )
Oceanside, New York 11572                            )
                                                     )
SOUTHSIDE HOSPITAL                                   )
301 East Main Street                                 )
Bay Shore, New York 11706                            )

SOUTHWEST GENERAL HOSPITAL, LP            )
7400 Barlite Boulevard                    )
San Antonio, Texas 78224                  )
                                          )
ST. ALEXIUS MEDICAL CENTER d/b/a CHI ST.  )
ALEXIUS HEALTH                            )
900 East Broadway                         )
Bismarck, North Dakota 58501              )
                                          )
ST. ALPHONSUS MEDICAL CENTER - NAMPA      )
HEALTH FOUNDATION, INC. d/b/a SAINT       )
ALPHNOSUS MEDICAL CENTER - NAMPA          )
1512 12th Avenue                          )
Nampa, Idaho 83686                        )
                                          )
ST. CATHERINE HOSPITAL                    )
401 East Spruce                           )
Garden City, Kansas 67846                 )
                                          )
ST. CATHERINE HOSPITAL d/b/a BOB WILSON   )
MEMORIAL GRANT HOSPITAL                    )
415 N Main Street                         )
Ulysses, Kansas 67880                     )
                                          )
ST. ELIZABETH MEDICAL CENTER, INC. d/b/a ST.  )
ELIZABETH FLORENCE                        )
4900 Houston Road                         )
Florence, Kentucky 41042                  )
                                          )
ST. ELIZABETH MEDICAL CENTER, INC. d/b/a ST.  )
ELIZABETH FT. THOMAS                      )
85 North Grand Avenue                     )
Fort Thomas, Kentucky 41075               )
                                          )
ST. ELIZABETH MEDICAL CENTER, INC. d/b/a ST.  )
ELIZABETH HEALTHCARE EDGEWOOD             )
401 E. 20th Street                        )
Covington, Kentucky 41014                 )
                                          )
ST. FRANCIS HOSPITAL, INC.                )
7th and Clayton Streets                   )
Wilmington, Delaware 19805                )

ST. FRANCIS MEDICAL CENTER, A NEW JERSEY    )
NONPROFIT CORPORATION    )
601 Hamilton Avenue    )
Trenton, New Jersey 08629    )
    )
ST. JOSEPH REGIONAL HEALTH CENTER    )
2801 Franciscan Drive    )
Bryan, Texas 77802    )
    )
ST. JOSEPH'S HOSPITAL    )
3001 West Dr. Martin Luther King Jr. Boulevard    )
Tampa, Florida 33607    )
    )
ST. JOSEPH'S HOSPITAL HEALTH CENTER    )
301 Prospect Avenue    )
Syracuse, New York 13203    )
    )
ST. LUKE'S CORNWALL HOSPITAL    )
70 Dubois Street    )
Newburgh, New York 12550    )
    )
ST. LUKE'S COMMUNITY DEVELOPMENT    )
CORPORATION-SUGAR LAND d/b/a ST. LUKE'S    )
SUGAR LAND HOSPITAL    )
1317 Lake Pointe Parkway    )
Sugar land, Texas 77478    )
    )
ST. LUKE'S COMMUNITY HEALTH SERVICES d/b/a    )
ST. LUKE'S THE WOODLANDS HOSPITAL    )
17200 St. Luke's Way    )
The Woodlands, Texas 77384    )
    )
ST. LUKE'S HOSPITAL AT THE VINTAGE    )
20171 Chasewood Park Drive    )
Houston, Texas 77070    )
    )
ST. LUKE'S MEDICAL CENTER, LP    )
1800 East Van Buren Street    )
Phoenix, Arizona 85006    )
    )
ST. LUKE'S ROOSEVELT HOSPITAL d/b/a    )
MOUNT SINAI ST LUKE'S    )
1111 Amsterdam Avenue    )
New York, New York 10025    )

ST. MARY MEDICAL CENTER                                        )
1201 Langhorne-Newtown Road                                    )
Langhorne, Pennsylvania 19047                                  )
                                                               )
ST. MARY'S HEALTH CARE SYSTEM, INC.                            )
1230 Baxter Street                                             )
Athens, Georgia 30606                                          )
                                                               )
ST. MARY'S SACRED HEART HOSPITAL, INC. d/b/a                   )
HEALTHWORKS                                                    )
367 Clear Creek Parkway                                        )
Lavonia, Georgia 30553                                         )
                                                               )
ST. PETER'S HOSPITAL OF THE CITY OF ALBANY                     )
d/b/a ST. PETER'S HOSPITAL                                     )
315 South Manning Boulevard                                    )
Albany, New York 12208                                         )
                                                               )
ST. PETER'S UNIVERSITY HOSPITAL, INC.                          )
254 Easton Avenue                                              )
New Brunswick, New Jersey 08903                                )
                                                               )
ST. VINCENT INFIRMARY MEDICAL CENTER                           )
2 St. Vincent Circle                                           )
Little Rock, Arkansas 72205                                    )
                                                               )
ST. VINCENT INFIRMARY MEDICAL CENTER d/b/a                     )
CHI ST. VINCENT HOSPITAL HOT SPRINGS                           )
300 Werner Street                                              )
Hot Springs, Arkansas 71903                                    )
                                                               )
ST. VINCENT INFIRMARY MEDICAL CENTER d/b/a                     )
ST. VINCENT NORTH                                              )
2215 Wildwood Avenue                                           )
Sherwood, Arkansas 72120                                       )
                                                               )
ST. VINCENT MEDICAL CENTER                                     )
2131 West Third Street                                         )
Los Angeles, California 90057                                  )
                                                               )
STATEN ISLAND UNIVERSITY HOSPITAL                              )
475 Seaview Avenue                                             )
Staten Island, New York 10305                                  )

STEWARD CARNEY HOSPITAL, INC. d/b/a          )
CARNEY HOSPITAL                              )
2100 Dorchester Avenue                       )
Dorchester, Massachusetts 02124              )
                                             )
STEWARD EASTON HOSPITAL, INC. d/b/a          )
EASTON HOSPITAL                              )
250 South 21St Street                        )
Easton, Pennsylvania 18042                   )
                                             )
STEWARD GOOD SAMARITAN MEDICAL               )
CENTER, INC.                                 )
235 North Pearl Street                       )
Brockton, Massachusetts 02301                )
                                             )
STEWARD HOLY FAMILY HOSPITAL, INC. d/b/a     )
HOLY FAMILY HOSPITAL AND MEDICAL CENTER      )
70 East Street                               )
Methuen, Massachusetts 01844                 )
                                             )
STEWARD MELBOURNE HOSPITAL, INC. d/b/a       )
WUESTHOFF MEDICAL CENTER – MELBOURNE         )
250 North Wickham Road                       )
Melbourne, Florida 32935                     )
                                             )
STEWARD NORTHSIDE MEDICAL CENTER, INC.       )
d/b/a NORTHSIDE MEDICAL CENTER               )
500 Gypsy Lane                               )
Youngstown, Ohio 44501                       )
                                             )
STEWARD NORWOOD HOSPITAL, INC.               )
800 Washington Street                        )
Norwood, Massachusetts 02062                 )
                                             )
STEWARD ROCKLEDGE HOSPITAL, INC. d/b/a       )
WUESTHOFF MEDICAL CENTER – ROCKLEDGE         )
110 Longwood Avenue                          )
Rockledge, Florida 32955                     )
                                             )
STEWARD ST. ANNE'S HOSPITAL CORPORATION      )
d/b/a ST. ANNE'S HOSPITAL                    )
795 Middle Street                            )
Fall River, Massachusetts 02721              )

STEWARD ST. ELIZABETH'S MEDICAL CENTER OF    )
BOSTON, INC. d/b/a ST. ELIZABETH'S    )
MEDICAL CENTER    )
736 Cambridge Street    )
Boston, Massachusetts 02135    )
    )
STEWARD TRUMBULL MEMORIAL HOSPITAL, INC.    )
d/b/a TRUMBULL MEMORIAL HOSPITAL    )
1350E Market Street    )
Warren, Ohio 44483    )
    )
THE BROOKLYN HOSPITAL CENTER    )
121 Dekalb Avenue    )
Brooklyn, New York 11201    )
    )
THE COMMUNITY HOSPITAL OF BRAZOSPORT d/b/a )
BRAZOSPORT REGIONAL HEALTH SYSTEM    )
100 Medical Drive    )
Lake Jackson, Texas 77566    )
    )
THE FREDERICK FERRIS THOMPSON HOSPITAL    )
350 Parrish Street    )
Canandaigua, New York 14424    )
    )
THE GOOD SAMARITAN HOSPITAL OF CINCINNATI, )
OHIO d/b/a GOOD SAMARITAN HOSPITAL    )
375 Dixmyth Avenue    )
Cincinnati, Ohio 45220    )
    )
THE MEDICAL CENTER OF SOUTHEAST TEXAS, LP )
2555 Jimmy Johnson Boulevard    )
Port Arthur, Texas 77640    )
    )
THE MERCY HOSPITAL, INC.    )
271 Carew Street    )
Springfield, Massachusetts 01104    )
    )
THE METHODIST HOSPITAL d/b/a HOUSTON    )
METHODIST HOSPITAL    )
6565 Fannin Street    )
Houston, Texas 77030    )
    )
THE MOUNT SINAI HOSPITAL    )
One Gustave L Levy Place    )
New York, New York 10029    )

THE MOUNT VERNON HOSPITAL d/b/a                    )
MONTEFIORE MOUNT VERNON MEDICAL CENTER )
12 North 7th Avenue                                )
Mount Vernon, New York 10550                       )
                                                   )
THE NEW YORK AND PRESBYTERIAN HOSPITAL             )
525 East 68th Street                               )
New York, New York 10065                           )
                                                   )
THE NEW YORK COMMUNITY HOSPITAL OF                 )
BROOKLYN, INC.                                     )
2525 Kings Highway                                 )
Brooklyn, New York 11229                           )
                                                   )
THE ROCHESTER GENERAL HOSPITAL                     )
1425 Portland Avenue                               )
Rochester, New York 14621                          )
                                                   )
THE UNITY HOSPITAL OF ROCHESTER                    )
1555 Long Pond Road                                )
Rochester, New York 14626                          )
                                                   )
THE WILLIAMSPORT HOSPITAL                          )
777 Rural Avenue                                   )
Williamsport, Pennsylvania 17701                   )
                                                   )
THE WOMAN'S CHRISTIAN ASSOCIATION OF               )
JAMESTOWN, NY d/b/a UPMC CHAUTANQUA/WCA            )
207 Foote Avenue                                   )
Jamestown, New York 14702                          )
                                                   )
TRINITY HEALTH - MICHIGAN d/b/a MERCY              )
HEALTH ST. MARY'S                                  )
200 Jefferson Avenue SE                            )
Grand Rapids, Michigan 49503                       )
                                                   )
TRINITY HEALTH - MICHIGAN d/b/a ST. JOSEPH         )
MERCY HOSPITAL                                     )
5301 East Huron River Drive                        )
Ann Arbor, Michigan 48106                          )
                                                   )
TRINITY HEALTH - MICHIGAN d/b/a ST. JOSEPH         )
MERCY OAKLAND                                      )
44405 Woodward Avenue                              )
Pontiac, Michigan 48341                            )

TRINITY HEALTH - MICHIGAN d/b/a ST. MARY    )
MERCY HOSPITAL    )
36475 Five Mile Road    )
Livonia, Michigan 48154    )
    )
TRINITY HOSPITAL HOLDING COMPANY    )
380 Summit Avenue    )
Steubenville, Ohio 43952    )
    )
UMASS MEMORIAL HEALTHALLIANCE - CLINTON    )
HOSPITAL, INC.    )
60 Hospital Road    )
Leominster, Massachusetts 01453    )
    )
UMASS MEMORIAL MEDICAL CENTER, INC.    )
55 Lake Avenue North    )
Worcester, Massachusetts 01655    )
    )
UNITED HEALTH SERVICES HOSPITALS, INC.    )
10-42 Mitchell Avenue    )
Johnson City, New York 13903    )
    )
UNITED MEMORIAL MEDICAL CENTER, INC    )
127 North Street    )
Batavia, New York 14020    )
    )
UNIVERSITY HOSPITAL    )
150 Bergen Street    )
Newark, New Jersey 07101    )
    )
UNIVERSITY OF ROCHESTER, A NEW YORK    )
EDUCATIONAL CORPORATION, THROUGH ITS    )
STRONG MEMORIAL HOSPITAL DIVISION d/b/a    )
STRONG MEMORIAL HOSPITAL    )
601 Elmwood Avenue    )
Rochester, New York 14642    )
    )
UPMC ALTOONA    )
620 Howard Avenue    )
Altoona, Pennsylvania 16601    )
    )
UPMC BEDFORD    )
10455 Lincoln Highway    )
Everett, Pennsylvania 15537    )

UPMC HAMOT                                              )
201 State Street                                       )
Erie, Pennsylvania 16550                               )
                                                       )
UPMC HORIZON                                           )
110 North Main Street                                  )
Greenville, Pennsylvania 16125                         )
                                                       )
UPMC JAMESON                                            )
1211 Wilmington Avenue                                 )
New Castle, Pennsylvania 16105                         )
                                                       )
UPMC MAGEE-WOMENS HOSPITAL                              )
300 Halket Street                                      )
Pittsburgh, Pennsylvania 15213                         )
                                                       )
UPMC MCKEESPORT                                         )
1500 Fifth Avenue                                      )
McKeesport, Pennsylvania 15132                         )
                                                       )
UPMC MERCY                                              )
1400 Locust Street                                     )
Pittsburgh, Pennsylvania 15219                         )
                                                       )
UPMC NORTHWEST                                          )
100 Fairfield Drive                                    )
Seneca, Pennsylvania 16346                             )
                                                       )
UPMC PRESBYTERIAN SHADYSIDE                             )
200 Lothrop Street                                     )
Pittsburgh, Pennsylvania 15213                         )
                                                       )
WEST KENDALL BAPTIST HOSPITAL, INC.                     )
9555 SW 162 Avenue                                     )
Miami, Florida 33196                                   )
                                                       )
WHITE PLAINS HOSPITAL MEDICAL CENTER d/b/a              )
WHITE PLAINS HOSPITAL CENTER                            )
Davis Avenue at East Post Road                         )
White Plains, New York 10601                           )
                                                       )
WILLIAM BEAUMONT HOSPITAL d/b/a BEAUMONT                )
HOSPITAL - GROSSE POINTE                                )
468 Cadieux Road                                       )
Grosse Pointe, Michigan 48230                          )

WILLIAM BEAUMONT HOSPITAL d/b/a BEAUMONT )
HOSPITAL - ROYAL OAK                                             )
3601 W Thirteen Mile Road                                        )
Royal Oak, Michigan 48073                                        )
                                                                 )
WILLIAM BEAUMONT HOSPITAL d/b/a BEAUMONT )
HOSPITAL - TROY                                                  )
44201 Dequindre Road                                             )
Troy, Michigan 48085                                             )
                                                                 )
                    Plaintiffs,                                  )
                                                                 )
          v.                                                     )
                                                                 )
ALEX M. AZAR, Secretary,                                         )
United States Department of                                      )
Health and Human Services,                                       )
200 Independence Ave. S.W.                                       )
Washington, District of Columbia 20201,                          )
                                                                 )
                    Defendant.                                   )
_____)

### COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

## I.  NATURE OF SUIT

1.    This is an action for judicial review of final decisions of the Secretary of the Department of Health and Human Services ("Secretary") denying jurisdiction over appeals relating to the Medicare disproportionate share hospital ("DSH") payment for uncompensated care costs for Federal fiscal year ("FFY") 2018.

2.    The Hospitals seek an order reversing the jurisdictional decisions of the Secretary's Provider Reimbursement Review Board ("Board") and remanding this matter to the Board for further proceedings on the merits of the Hospitals' claims.

## II.  PARTIES

3.    The plaintiff Hospitals are general acute care hospitals that participated as providers of service under the Medicare program during FFY 2018.  The plaintiff hospitals are:

(1)     Albert Einstein Healthcare Network d/b/a Albert Einstein Medical Center, Provider No. 39-0142;

(2)     Alegent Health - Bergan Mercy Health System d/b/a CHI Health Mercy Council Bluffs, Provider No. 16-0028;

(3)     Alegent Health - Bergan Mercy Health System d/b/a Bergan Mercy Medical Center, Provider No. 28-0060;

(4)     Alegent Health - Immanuel Medical Center d/b/a CHI Health Immanuel, Provider No. 28-0081;

(5)     Allina Health System d/b/a Abbott Northwestern Hospital, Provider No. 24-0057;

(6)     Allina Health System d/b/a Buffalo Hospital, Provider No. 24-0076;

(7)     Allina Health System d/b/a Cambridge Medical Center, Provider No. 24-0020;

(8)     Allina Health System d/b/a District One Hospital, Provider No. 24-0071;

(9)     Allina Health System d/b/a Mercy Hospital, Provider No. 24-0115;

(10)    Allina Health System d/b/a Owatonna Hospital, Provider No. 24-0069;

(11)    Allina Health System d/b/a Regina Medical Center, Provider No. 24-0059;

(12)    Allina Health System d/b/a St. Francis Regional Medical Center, Provider No. 24-0104;

(13)    Allina Health System d/b/a United Hospital, Provider No. 24-0038;

(14)    Atlanticare Regional Medical Center, Provider No. 31-0064;

(15)    Baptist Healthcare of Oklahoma, Inc. d/b/a INTEGRIS Baptist Regional Health Center, Provider No. 37-0004;

(16)    Baptist Healthcare of Oklahoma, Inc. d/b/a INTEGRIS Bass Baptist Health Center, Provider No. 37-0016;

(17)    Baptist Healthcare of Oklahoma, Inc. d/b/a INTEGRIS Grove Hospital, Provider No. 37-0113;

(18)    Baptist Hospital of Miami, Inc., Provider No. 10-0008;

(19)    Beth Israel Medical Center d/b/a Mount Sinai Beth Israel, Provider No. 33-0169;

(20)     Bethesda Hospital, Inc. d/b/a Bethesda North Hospital, Provider No. 36-0179;

(21)     Botsford General Hospital d/b/a Beaumont - Farmington Hills, Provider No. 23-0151;

(22)     Bowling Green-Warren County Community Hospital Corp., d/b/a The Medical Center, Provider No. 18-0013;

(23)     Brim Healthcare of Texas, LLC d/b/a Wadley Regional Medical Center, Provider No. 45-0200;

(24)     Brockton Hospital, Inc., Provider No. 22-0052;

(25)     BronxCare Health System d/b/a Bronx Lebanon Hospital Center, Provider No. 33-0009;

(26)     Brookdale Hospital Medical Center, Provider No. 33-0233;

(27)     Catholic Health Initiatives - Iowa, Corp. d/b/a Mercy Medical Center - Des Moines, Provider No. 16-0083;

(28)     Catholic Health Initiatives Colorado d/b/a Mercy Regional Medical Center, Provider No. 06-0013;

(29)     Catholic Health Initiatives Colorado d/b/a Penrose/St. Francis Healthcare, Provider No. 06-0031;

(30)     Catholic Health Initiatives Colorado d/b/a St. Anthony Central, Provider No. 06-0015;

(31)     Catholic Health Initiatives Colorado d/b/a St. Anthony North, Provider No. 06-0104;

(32)     Catholic Health Initiatives Colorado d/b/a St. Anthony Summit Medical Center, Provider No. 06-0118;

(33)     Catholic Health Initiatives Colorado d/b/a St. Mary Corwin Medical Center, Provider No. 06-0012;

(34)     Catholic Health Initiatives Colorado d/b/a St. Thomas More Hospital, Provider No. 06-0016;

(35)     Cedars Sinai Medical Center, Provider No. 05-0625;

(36)     Central Suffolk Hospital d/b/a Peconic Bay Medical Center, Provider No. 33-0107;

(37)     Chenango Memorial Hospital, Inc., Provider No. 33-0033;

(38)    CHI St. Luke's Health Baylor College of Medicine Medical Center d/b/a CHI St. Luke's Health Baylor Medical Center, Provider No. 45-0193;

(39)    Circle Health, Inc. d/b/a Lowell General Hospital, Provider No. 22-0063;

(40)    Clara Maass Medical Center, Provider No. 31-0009;

(41)    Clifton Springs Sanitarium Company d/b/a Clifton Springs Hospital & Clinic, Provider No. 33-0265;

(42)    Community Medical Center d/b/a Geisinger Community Medical Center, Provider No. 39-0001;

(43)    Community Medical Center, Inc., Provider No. 31-0041;

(44)    Dallas County Hospital District d/b/a Parkland Health and Hospital System, Provider No. 45-0015;

(45)    Davis Hospital Holdings and IASIS Healthcare Holdings d/b/a Davis Hospital and Medical Center, Provider No. 46-0041;

(46)    Davis Memorial Hospital, Provider No. 51-0030;

(47)    Doctors Hospital, Inc., Provider No. 10-0296;

(48)    Duke University Health System Inc. d/b/a Durham Regional Hospital, Provider No. 34-0155;

(49)    Duke University Health System, Inc., d/b/a Duke Raleigh Hospital, Provider No. 34-0073;

(50)    Duke University Health System, Inc., d/b/a Duke University Hospital, Provider No. 34-0030;

(51)    Einstein Medical Center Montgomery, Provider No. 39-0329;

(52)    Flaget Healthcare, Inc. d/b/a St. Joe - Flaget, Provider No. 18-0025;

(53)    Florida Health Sciences Center, Inc. d/b/a Tampa General Hospital, Provider No. 10-0128;

(54)    Fort Sanders Regional Medical Center, Provider No. 44-0125;

(55)    Franciscan Health System d/b/a St. Anthony Hospital, Provider No. 50-0151;

(56)    Franciscan Health System d/b/a St. Clare Hospital, Provider No. 50-0021;

(57)     Franciscan Health System d/b/a St. Francis Hospital, Provider No. 50-0141;

(58)     Franciscan Health System d/b/a St. Joseph Medical Center, Provider No. 50-0108;

(59)     Geisinger Medical Center, Provider No. 39-0006;

(60)     Geisinger Wyoming Valley Medical Center, Provider No. 39-0270;

(61)     Geisinger-Bloomsburg Hospital, Provider No. 39-0003;

(62)     Geisinger-Lewistown Hospital, Provider No. 39-0048;

(63)     Glens Falls Hospital, Provider No. 33-0191;

(64)     Good Samaritan Hospital, Kearney, Nebraska d/b/a CHI Health Good Samaritan, Provider No. 28-0009;

(65)     Gottlieb Memorial Hospital, Provider No. 14-0008;

(66)     Grady Memorial Hospital Corporation d/b/a Grady Memorial Hospital, Provider No. 11-0079;

(67)     Greenville Health System d/b/a GHS Greenville Memorial Hospital, Provider No. 42-0078;

(68)     Greenville Health System d/b/a GHS Greer Memorial Hospital, Provider No. 42-0033;

(69)     Greenville Health System d/b/a GHS Laurens County Memorial Hospital, Provider No. 42-0038;

(70)     Greenville Health System d/b/a GHS Oconee Memorial Hospital, Provider No. 42-0009;

(71)     Hackensack Meridian Health, Provider No. 31-0001;

(72)     Harrison Medical Center, Provider No. 50-0039;

(73)     Highland Hospital of Rochester, Provider No. 33-0164;

(74)     Highline Medical Center, Provider No. 50-0011;

(75)     Holy Cross Hospital, Inc., Provider No. 10-0073;

(76)     Holy Spirit Hospital of the Sisters of Christian Charity, Provider No. 39-0004;

(77)  Homestead Hospital, Inc., Provider No. 10-0125;

(78)  Houston Methodist St. John Hospital d/b/a Houston Methodist Clear Lake Hospital, Provider No. 45-0709;

(79)  Methodist Health Centers d/b/a Houston Methodist The Woodlands Hospital, Provider No. 67-0122;

(80)  Huntington Hospital Association d/b/a Huntington Hospital, Provider No. 33-0045;

(81)  IASIS Glenwood Regional Medical Center, LP, Provider No. 19-0160;

(82)  INTEGRIS Baptist Medical Center, Inc., Provider No. 37-0028;

(83)  INTEGRIS Rural Health, Inc. d/b/a Integris Canadian Valley Regional Hospital, Provider No. 37-0211;

(84)  INTEGRIS South Oklahoma City Hospital Corporation d/b/a INTEGRIS Southwest Medical Center, Provider No. 37-0106;

(85)  Jersey City Medical Center, Provider No. 31-0074;

(86)  Jewish Hospital & St. Mary's Healthcare, Inc. d/b/a Jewish Hospital & St. Mary's Health, Provider No. 18-0040;

(87)  Jewish Hospital & St. Mary's Healthcare, Inc. d/b/a Jewish Hospital Shelbyville, Provider No. 18-0016;

(88)  John D. Archbold Memorial Hospital, Inc., Provider No. 11-0038;

(89)  Johnson Memorial Hospital, Inc., Provider No. 07-0008;

(90)  Jordan Valley Medical Center, LP, Provider No. 46-0051;

(91)  Kaleida Health, Provider No. 33-0005;

(92)  Kalispell Regional Medical Center, Inc., Provider No. 27-0051;

(93)  Lancaster General Health d/b/a Lancaster General Hospital, Provider No. 39-0100;

(94)  Legacy Emanuel Hospital & Health Center, Provider No. 38-0007;

(95)  Legacy Good Samaritan Hospital and Medical Center d/b/a Legacy Good Samaritan Medical Center, Provider No. 38-0017;

(96)  Legacy Meridian Park Hospital, Provider No. 38-0089;

(97)    Legacy Mount Hood Medical Center, Provider No. 38-0025;

(98)    Legacy Salmon Creek Hospital, Provider No. 50-0150;

(99)    Lenox Hill Hospital, Provider No. 33-0119;

(100)   Lester E. Cox Medical Centers d/b/a CoxHealth, Provider No. 26-0040;

(101)   Lexington Memorial Hospital Inc, Provider No. 34-0096;

(102)   Long Island Jewish Medical Center, Provider No. 33-0195;

(103)   Longmont United Hospital, Provider No. 06-0003;

(104)   Lourdes Medical Center of Burlington County, A New Jersey Nonprofit
        Corporation, Provider No. 31-0061;

(105)   Loyola University Medical Center, Provider No. 14-0276;

(106)   Maimonides Medical Center, Provider No. 33-0194;

(107)   Marlborough Hospital, Provider No. 22-0049;

(108)   Memorial Health System of East Texas d/b/a CHI St. Luke's Health
        Memorial Lufkin, Provider No. 45-0211;

(109)   Memorial Hermann Health System d/b/a Memorial Hermann Hospital
        System, Provider No. 45-0184;

(110)   Memorial Hermann Health System d/b/a Memorial Hermann Katy
        Hospital, Provider No. 45-0847;

(111)   Memorial Hermann Health System d/b/a Memorial Hermann Memorial
        City Medical Center, Provider No. 45-0610;

(112)   Memorial Hermann Health System d/b/a Memorial Hermann Northeast,
        Provider No. 45-0684;

(113)   Memorial Hermann Health System d/b/a Memorial Hermann Sugar Land
        Hospital, Provider No. 45-0848;

(114)   Memorial Hermann Health System d/b/a Memorial Hermann-Texas
        Medical Center, Provider No. 45-0068;

(115)   Memorial Hospital of Polk County d/b/a CHI St. Luke's Health Memorial
        Livingston, Provider No. 45-0395;

(116)   Memorial Hospital, Albany, N.Y. d/b/a Albany Memorial Hospital,
        Provider No. 33-0003;

(117)   Mercy Catholic Medical Center of Southeastern Pennsylvania, Provider No. 39-0156;

(118)   Mercy Health Partners d/b/a Mercy Health Hackley Campus, Provider No. 23-0066;

(119)   Mercy Health Services - Iowa, Corp. d/b/a Mercy Medical Center - Dubuque, Provider No. 16-0069;

(120)   Mercy Health Services - Iowa, Corp. d/b/a Mercy Medical Center - North Iowa, Provider No. 16-0064;

(121)   Mercy Health Services - Iowa, Corp. d/b/a Mercy Medical Center - Sioux City, Provider No. 16-0153;

(122)   Mercy Hospital and Medical Center, Provider No. 14-0158;

(123)   Mercy Medical Center - Clinton, Inc., Provider No. 16-0080;

(124)   Mercy Medical Center - Newton, Provider No. 16-0032;

(125)   Mercy Medical Center, Inc., Provider No. 38-0027;

(126)   Methodist Health Centers d/b/a Houston Methodist Sugar Land Hospital, Provider No. 45-0820;

(127)   Methodist Health Centers d/b/a Houston Methodist West Hospital, Provider No. 67-0077;

(128)   Methodist Health Centers d/b/a Houston Methodist Willowbrook Hospital, Provider No. 45-0844;

(129)   Methodist Hospitals of Dallas d/b/a Methodist Charlton Medical Center, Provider No. 45-0723;

(130)   Methodist Hospitals of Dallas d/b/a Methodist Dallas Medical Center, Provider No. 45-0051;

(131)   Methodist Medical Center of Oak Ridge d/b/a Methodist Medical Center, Provider No. 44-0034;

(132)   Monmouth Medical Center Inc. d/b/a, Provider No. 31-0075;

(133)   Monmouth Medical Center Inc. d/b/a Monmouth Medical Center Southern, Provider No. 31-0084;

(134)   Montefiore Medical Center, Provider No. 33-0059;

(135)   Morton Hospital, A Steward Family Hospital, Inc. d/b/a Morton Hospital, Provider No. 22-0073;

(136)   Mount Carmel Health System, Provider No. 36-0035;

(137)   Mount Carmel Health System d/b/a Mount Carmel St. Ann's, Provider No. 36-0012;

(138)   Mount Sinai Medical Center, Provider No. 10-0034;

(139)   Mountain Vista Medical Center, LP, Provider No. 03-0121;

(140)   Nazareth Hospital, Provider No. 39-0204;

(141)   New York Eye and Ear Infirmary of Mount Sinai, Provider No. 33-0100;

(142)   New York Presbyterian/Lawrence, Provider No. 33-0061;

(143)   Newark Beth Israel Medical Center Inc, Provider No. 31-0002;

(144)   Newark-Wayne Community Hospital, Provider No. 33-0030;

(145)   NewYork Presbyterian Brooklyn Methodist Hospital d/b/a New York - Presbyterian/Brooklyn Methodist, Provider No. 33-0236;

(146)   NewYork-Presbyterian-Queens, Provider No. 33-0055;

(147)   North Carolina Baptist Hospital d/b/a Wake Forest Baptist Hospital, Provider No. 34-0047;

(148)   North Shore University Hospital, Provider No. 33-0106;

(149)   Nyack Hospital, Provider No. 33-0104;

(150)   Oakwood Healthcare, Inc. d/b/a Beaumont - Dearborn, Provider No. 23-0020;

(151)   Oakwood Healthcare, Inc. d/b/a Beaumont - Wayne, Provider No. 23-0142;

(152)   Oakwood Healthcare, Inc. d/b/a Beaumont Hospital - Taylor, Provider No. 23-0270;

(153)   Oakwood Healthcare, Inc.d/b/a Beaumont - Trenton, Provider No. 23-0176;

(154)   O'Connor Hospital, Provider No. 05-0153;

(155)   Odessa Regional Hospital, L.P. d/b/a Odessa Regional Medical Center, Provider No. 45-0661;

(156)   Orlando Health Central Inc. d/b/a Health Central, Provider No. 10-0030;

(157)   Orlando Health, Inc., Provider No. 10-0006;

(158)   Our Lady of Lourdes Medical Center, Inc, Provider No. 31-0029;

(159)   Parkwest Medical Center, Provider No. 44-0173;

(160)   Phelps Memorial Hospital Association d/b/a Phelps Memorial Hospital Center, Provider No. 33-0261;

(161)   Premier Health Partners d/b/a Atrium Medical Center, Provider No. 36-0076;

(162)   Premier Health Partners d/b/a Miami Valley Hospital, Provider No. 36-0051;

(163)   Premier Health Partners d/b/a Upper Valley Medical Center, Provider No. 36-0174;

(164)   Robert Wood Johnson University Hospital at Rahway, Provider No. 31-0024;

(165)   Robert Wood Johnson University Hospital, Inc, Provider No. 31-0038;

(166)   Robert Wood Johnson University Hospital, Inc. d/b/a Robert Wood Johnson University Hospital at Somerset, Provider No. 31-0048;

(167)   Saint Agnes Medical Center, Provider No. 05-0093;

(168)   Saint Alphonsus Regional Medical Center, Inc., Provider No. 13-0007;

(169)   Saint Barnabas Medical Center, Provider No. 31-0076;

(170)   Saint Elizabeth Regional Medical Center d/b/a Chi Health St. Elizabeth, Provider No. 28-0020;

(171)   Saint Francis Hospital and Medical Center, Provider No. 07-0002;

(172)   Saint Francis Hospital South, L.L.C., Provider No. 37-0218;

(173)   Saint Francis Hospital, Inc., Provider No. 37-0091;

(174)   Saint Francis Medical Center, Provider No. 05-0104;

(175)   Saint Francis Medical Center d/b/a CHI Health St. Francis, Provider No. 28-0023;

(176)   Saint Joseph Health System, Inc d/b/a St. Joseph Hospital London, Provider No. 18-0011;

(177)   Saint Joseph Health System, Inc. d/b/a Saint Joseph East, Provider No. 18-0143;

(178)   Saint Joseph Health System, Inc. d/b/a Saint Joseph Hospital, Provider No. 18-0010;

(179)   Saint Joseph Health System, Inc. d/b/a Saint Joseph-Mount Sterling, Provider No. 18-0064;

(180)   Saint Joseph Regional Medical Center - Plymouth Campus, Inc., Provider No. 15-0076;

(181)   Saint Joseph Regional Medical Center - South Bend Campus, Inc., Provider No. 15-0012;

(182)   Saint Louise Regional Hospital, Provider No. 05-0688;

(183)   Saint Mary's Hospital, Inc., Provider No. 07-0016;

(184)   Salt Lake Regional Medical Center, LP, Provider No. 46-0003;

(185)   Samaritan Hospital of Troy, New York d/b/a Samaritan Hospital, Provider No. 33-0180;

(186)   San Jacinto Methodist Hospital d/b/a Houston Methodist Baytown Hospital, Provider No. 45-0424;

(187)   Sanford, a North Dakota Corporation d/b/a Sanford Bismarck Medical Center, Provider No. 35-0015;

(188)   Sanford, a North Dakota Corporation d/b/a Sanford Fargo Medical Center, Provider No. 35-0011;

(189)   Sanford Health Network d/b/a Sanford Aberdeen, Provider No. 43-0097;

(190)   Sanford Health Network d/b/a Sanford Bemidji Medical Center, Provider No. 24-0100;

(191)   Sanford Health Network d/b/a Sanford Worthington, Provider No. 24-0022;

(192)   Sanford Health Network d/b/a Sioux Valley Hospital USD Medical Center, Provider No. 43-0027;

(193)   Seton Health System, Inc., Provider No. 33-0232;

(194)   Seton Medical Center, Provider No. 05-0289;

(195)   Shands Teaching Hospital and Clinics, Inc. d/b/a UF Health Shands Hospital, Provider No. 10-0113;

(196)   Sharon Pennsylvania Hospital Company, LLC d/b/a Sharon Regional Medical Center, Provider No. 39-0211;

(197)   SJ Medical Center, LLC d/b/a St. Joseph Medical Center, Provider No. 45-0035;

(198)   Sound Shore Medical Center of Westchester d/b/a Montefiore New Rochelle Medical Center, Provider No. 33-0184;

(199)   South Lake Hospital, Inc., Provider No. 10-0051;

(200)   South Miami Hospital, Inc., Provider No. 10-0154;

(201)   South Nassau Communities Hospital, Provider No. 33-0198;

(202)   Southside Hospital, Provider No. 33-0043;

(203)   Southwest General Hospital, LP, Provider No. 45-0697;

(204)   St. Alexius Medical Center d/b/a CHI St. Alexius Health, Provider No. 35-0002;

(205)   St. Alphonsus Medical Center - Nampa Health Foundation, Inc. d/b/a Saint Alphnosus Medical Center - Nampa, Provider No. 13-0013;

(206)   St. Catherine Hospital, Provider No. 17-0023;

(207)   St. Catherine Hospital d/b/a Bob Wilson Memorial Grant Hospital, Provider No. 17-0110;

(208)   St. Elizabeth Medical Center, Inc. d/b/a St. Elizabeth Florence, Provider No. 18-0045;

(209)   St. Elizabeth Medical Center, Inc. d/b/a St. Elizabeth Ft. Thomas, Provider No. 18-0001;

(210)   St. Elizabeth Medical Center, Inc. d/b/a St. Elizabeth Healthcare Edgewood, Provider No. 18-0035;

(211)   St. Francis Hospital, Inc., Provider No. 08-0003;

(212)  St. Francis Medical Center, A New Jersey Nonprofit Corporation, Provider No. 31-0021;

(213)  St. Joseph Regional Health Center, Provider No. 45-0011;

(214)  St. Joseph's Hospital, Provider No. 10-0075;

(215)  St. Joseph's Hospital Health Center, Provider No. 33-0140;

(216)  St. Luke's Cornwall Hospital, Provider No. 33-0264;

(217)  St. Luke's Community Development Corporation-Sugar Land d/b/a St. Luke's Sugar Land Hospital, Provider No. 67-0053;

(218)  St. Luke's Community Health Services d/b/a St. Luke's The Woodlands Hospital, Provider No. 45-0862;

(219)  St. Luke's Hospital at The Vintage, Provider No. 67-0075;

(220)  St. Luke's Medical Center, LP, Provider No. 03-0037;

(221)  St. Luke's Roosevelt Hospital d/b/a Mount Sinai St Luke's, Provider No. 33-0046;

(222)  St. Mary Medical Center, Provider No. 39-0258;

(223)  St. Mary's Health Care System, Inc., Provider No. 11-0006;

(224)  St. Mary's Sacred Heart Hospital, Inc., Provider No. 11-0027;

(225)  St. Peter's Hospital of the City of Albany d/b/a St. Peter's Hospital, Provider No. 33-0057;

(226)  St. Peter's University Hospital, Inc., Provider No. 31-0070;

(227)  St. Vincent Infirmary Medical Center, Provider No. 04-0007;

(228)  St. Vincent Infirmary Medical Center d/b/a CHI St. Vincent Hospital Hot Springs, Provider No. 04-0026;

(229)  St. Vincent Infirmary Medical Center d/b/a St. Vincent North, Provider No. 04-0137;

(230)  St. Vincent Medical Center, Provider No. 05-0502;

(231)  Staten Island University Hospital, Provider No. 33-0160;

(232)  Steward Carney Hospital, Inc. d/b/a Carney Hospital, Provider No. 22-0017;

(233)  Steward Easton Hospital, Inc. d/b/a Easton Hospital, Provider No. 39-0162;

(234)  Steward Good Samaritan Medical Center, Inc., Provider No. 22-0111;

(235)  Steward Holy Family Hospital, Inc. d/b/a Holy Family Hospital and Medical Center, Provider No. 22-0080;

(236)  Steward Melbourne Hospital, Inc. d/b/a Wuesthoff Medical Center - Melbourne, Provider No. 10-0291;

(237)  Steward Northside Medical Center, Inc. d/b/a Northside Medical Center, Provider No. 36-0141;

(238)  Steward Norwood Hospital, Inc., Provider No. 22-0126;

(239)  Steward Rockledge Hospital, Inc. d/b/a Wuesthoff Medical Center - Rockledge, Provider No. 10-0092;

(240)  Steward St. Anne's Hospital Corporation d/b/a St. Anne's Hospital, Provider No. 22-0020;

(241)  Steward St. Elizabeth's Medical Center of Boston, Inc. d/b/a St. Elizabeth's Medical Center, Provider No. 22-0036;

(242)  Steward Trumbull Memorial Hospital, Inc. d/b/a Trumbull Memorial Hospital, Provider No. 36-0055;

(243)  The Brooklyn Hospital Center, Provider No. 33-0056;

(244)  The Community Hospital of Brazosport d/b/a Brazosport Regional Health System, Provider No. 45-0072;

(245)  The Frederick Ferris Thompson Hospital, Provider No. 33-0074;

(246)  The Good Samaritan Hospital of Cincinnati, Ohio d/b/a Good Samaritan Hospital, Provider No. 36-0134;

(247)  The Medical Center of Southeast Texas, LP, Provider No. 45-0518;

(248)  The Mercy Hospital, Inc., Provider No. 22-0066;

(249)  The Methodist Hospital d/b/a Houston Methodist Hospital, Provider No. 45-0358;

(250)  The Mount Sinai Hospital, Provider No. 33-0024;

(251)  The Mount Vernon Hospital d/b/a Montefiroe Mount Vernon Medical Center, Provider No. 33-0086;

(252)   The New York and Presbyterian Hospital, Provider No. 33-0101;

(253)   The New York Community Hospital of Brooklyn, Inc., Provider No. 33-0019;

(254)   The Rochester General Hospital, Provider No. 33-0125;

(255)   The Unity Hospital of Rochester, Provider No. 33-0226;

(256)   The Williamsport Hospital, Provider No. 39-0045;

(257)   The Woman's Christian Association of Jamestown, NY d/b/a UPMC Chautanqua/WCA, Provider No. 33-0239;

(258)   Trinity Health - Michigan d/b/a Mercy Health St. Mary's, Provider No. 23-0059;

(259)   Trinity Health - Michigan d/b/a St. Joseph Mercy Hospital, Provider No. 23-0156;

(260)   Trinity Health - Michigan d/b/a St. Joseph Mercy Oakland, Provider No. 23-0029;

(261)   Trinity Health - Michigan d/b/a St. Mary Mercy Hospital, Provider No. 23-0002;

(262)   Trinity Hospital Holding Company, Provider No. 36-0211;

(263)   UMass Memorial HealthAlliance – Clinton Hospital, Inc., Provider No. 22-0001;

(264)   UMass Memorial Medical Center, Inc., Provider No. 22-0163;

(265)   United Health Services Hospitals, Inc., Provider No. 33-0394;

(266)   United Memorial Medical Center, Inc, Provider No. 33-0073;

(267)   University Hospital, Provider No. 31-0119;

(268)   University of Rochester, a New York educational corporation, through its Strong Memorial Hospital division d/b/a Strong Memorial Hospital, Provider No. 33-0285;

(269)   UPMC Altoona, Provider No. 39-0073;

(270)   UPMC Bedford, Provider No. 39-0117;

(271)   UPMC Hamot, Provider No. 39-0063;

(272)   UPMC Horizon, Provider No. 39-0178;

(273)   UPMC Jameson, Provider No. 39-0016;

(274)   UPMC Magee-Womens Hospital, Provider No. 39-0114;

(275)   UPMC McKeesport, Provider No. 39-0002;

(276)   UPMC Mercy, Provider No. 39-0028;

(277)   UPMC Northwest, Provider No. 39-0091;

(278)   UPMC Presbyterian Shadyside, Provider No. 39-0164;

(279)   West Kendall Baptist Hospital, Inc., Provider No. 10-0314;

(280)   White Plains Hospital Medical Center d/b/a White Plains Hospital Center, Provider No. 33-0304;

(281)   William Beaumont Hospital d/b/a Beaumont Hospital - Grosse Pointe, Provider No. 23-0089;

(282)   William Beaumont Hospital d/b/a Beaumont Hospital - Royal Oak, Provider No. 23-0130; and

(283)   William Beaumont Hospital d/b/a Beaumont Hospital - Troy, Provider No. 23-0269.

4.      Defendant Alex M. Azar is the Secretary of the United States Department of Health and Human Services, the Federal agency that administers the Medicare program.  The Secretary is sued only in his official capacity.  References to the Secretary herein are meant to refer to him, his subordinate agencies and officials, and to his official predecessors or successors as the context requires.

5.      The Centers for Medicare & Medicaid Services ("CMS") is a component of the Secretary's Department with responsibility for day-to-day operation and administration of the Medicare program.

## III.    JURISDICTION AND VENUE

6.    This action arises under the Medicare Act, title XVIII of the Social Security Act (the "Act"), 42 U.S.C. § 1395 *et seq.*, and the Administrative Procedure Act ("APA"), 5 U.S.C. § 551 *et seq.*

7.    Jurisdiction is proper under 42 U.S.C. § 1395oo(f)(1).

8.    Venue is proper in this judicial district under 42 U.S.C. § 1395oo(f)(1).

## IV.    STATUTORY AND REGULATORY BACKGROUND

### A.    Medicare Inpatient Hospital Prospective Payment System

9.    Part A of the Medicare Act covers inpatient hospital services.  *See Northeast Hosp. Corp. v. Sebelius*, 657 F.3d 1, 2 (D.C. Cir. 2011).  Under part A, the Secretary makes payments to hospitals on behalf of individuals who are entitled to benefits under part A for inpatient hospital services furnished to them.  *Id*.

10.    Hospitals that participate as "providers of service" under Medicare Part A submit bills to Medicare for inpatient hospital services furnished to Medicare part A patients.  *See* 42 C.F.R. §§ 424.30 – 424.44.  Medicare Part A makes payments on those bills based on estimated and interim payment rates per discharge that are ultimately reconciled in a later final determination as to the total amount of program reimbursement due to a hospital for services furnished during the hospital fiscal year.  *See* 42 C.F.R. §§ 405.1803, 413.60, 413.64; *see also Good Samaritan Hosp. v. Shalala,* 508 U.S. 402, 406-07 (1993).

11.    After each fiscal year, hospitals file annual cost reports with private insurance companies, called Medicare Administrative Contractors (formerly fiscal intermediaries), which serve as the Secretary's audit and payment agents under contractual arrangements with the agency. *Baystate Med. Ctr. v. Leavitt*, 545 F.Supp. 2d 20, 24, 43 (D.D.C. 2008).  The Medicare contractors review the cost reports and eventually issue the final payment determination, called a notice of

program reimbursement ("NPR"), *id*., years after the end of the fiscal year covered by the cost report. *Id.* at 24, 43.

12.     For most hospitals, payment for the operating costs of inpatient hospital services is made under the Medicare inpatient hospital prospective payment system. *Cape Cod Hosp. v. Sebelius*, 630 F.3d 203, 205 (D.C. Cir. 2011). Under this prospective payment system, the payment rate per case is based upon prospectively-determined rates reflecting a national average cost per case. *See* 42 U.S.C. § 1395ww(d).

### B.     The Traditional DSH Payment Adjustment

13.     The national standard rate per discharge under the prospective payment system is subject to a number of hospital-specific adjustments, 42 U.S.C. § 1395ww(d)(5), including an upward percentage adjustment for hospitals that serve a disproportionate share of low-income patients, known as the DSH payment. *Id*. § 1395ww(d)(5)(F).

14.     The calculation of the traditional DSH payment adjustment turns in large part on the number of Medicaid and low-income Medicare patients treated by a hospital in a hospital fiscal year. *Id*. § 1395ww(d)(5)(F)(vi); *see also Northeast Hosp. Corp*., 657 F.3d at 3.

### C.     The DSH Payment For Uncompensated Care

15.     In the Affordable Care Act, Congress modified the DSH payment effective October 1, 2013, the beginning of FFY 2014. *See* 42 U.S.C. § 1395ww(r). Congress enacted the new DSH payment scheme in tandem with other provisions of the ACA that were intended to substantially expand health insurance coverage.

16.     The related changes to the DSH payment were two-fold. First, the traditional DSH payment adjustment to the hospital prospective payment rates was reduced to 25 percent of the amount that otherwise would be paid based on a hospital's disproportionate patient percentage for a cost reporting period. 42 U.S.C. §§ 1395ww(d)(5)(F)(i) and 1395ww(r)(1).

17.    Second, Congress established a new, separate DSH payment for uncompensated costs of care furnished to uninsured patients. 42 U.S.C. §§ 1395ww(d)(5)(F)(i) and 1395ww(r)(2). This new payment is the product of three factors: (1) 75 percent of the national aggregate amount of DSH payments that would have been paid for that fiscal year under the traditional payment methodology; (2) an adjustment to the first factor to account for the percentage change in the national uninsured rate in the FFY at issue in that rulemaking as compared with the uninsured rate for FFY 2013; and (3) each qualifying hospital's percentage of the total uncompensated care costs incurred by all hospitals that qualify for the new DSH payment. *Id.*

### D.    Initial FFY 2014 Rulemaking on the DSH Payment for Uncompensated Care

18.    On August 19, 2013, the Secretary promulgated a final rule implementing the new DSH payment for uncompensated care in FFY 2014. 78 Fed. Reg. 50,496, 50,620-647, 50,966. That rule adopted amendments to the DSH payment regulation, codified at 42 C.F.R. § 412.106(g). *Id*. at 50,966. The rule also calculated preliminary DSH payment amounts for uncompensated care costs for FFY 2014.

19.    The final rule provides that the preliminary payment amounts calculated in the rulemaking will not change based on later, more accurate data that becomes available to the Secretary before final payment determinations for DSH uncompensated care are rendered in NPRs to be issued years later: "The final values for each of the three factors are determined for each fiscal year at the time of development of the annual final rule for the hospital inpatient prospective payment system, and these values are used for both interim and final payment determinations." *Id*. at 50,966 (adding the regulation then codified at 42 C.F.R. § 412.106(g)(1)(iv)).

20.    Final payment of those amounts is dependent upon a hospital qualifying for the traditional DSH payment for the FFY in question (in this case, FFY 2018), based on the hospital's

actual patient-day data for that year, s*ee id*. (adding § 412.106(g)), and a hospital's qualification

for the traditional DSH payment, as well as the DSH uncompensated care payment, is not finally

determined until the Medicare program contractor issues a final payment determination in an NPR,

years later.

21.    The Secretary invoked agency interests in finality, predictability and administrative

ease, *id*. at 50,628, 50,630, to support the regulation fixing the calculation of the DSH

uncompensated care payment amounts "at the time of development of the annual final rule for the

hospital inpatient prospective payment system." *Id*. at 50,966 (adding § 412.106(g)(1)(iv)).

### E.    FFY 2018 Rulemaking on the DSH Payment for Uncompensated Care

22.    The Secretary promulgated the final rule governing the Hospitals' DSH

uncompensated care payment amounts for FFY 2018 in August 2017, which largely carried over

the method established in the FFY 2014 rulemaking described above.  82 Fed. Reg. 37,990, 38,189-

220 (Aug. 14, 2017).    The rule also calculated preliminary DSH payment amounts for

uncompensated care costs for FFY 2018.

23.    The determination of the DSH uncompensated care payment amounts for FFY 2018

is subject to the same no-reconciliation rule governing the methodology used to calculate payments

for prior FFYs back to 2014.  *See* 78 Fed. Reg. at 50,966 (adopting 42 C.F.R. § 412.106(g)(1)(iv));

*see also* 82 Fed. Reg. at 38,195, 38,199-200.  The effect of the regulation is to cement errors in the

calculation of those amounts into the final payments made for 2018.

24.    The Plaintiff hospitals contend that the Secretary's calculation of the DSH

uncompensated care payment amounts for FFY 2018 is marked by errors that were readily apparent

on the face of the final rule, and were addressed in comments on the proposed rule, including some

errors that could be easily ameliorated through the use of later, more accurate information that

would be readily available to the Secretary by the time final payment determinations are made in NPRs issued years later.

## V.    PROCEDURAL HISTORY

25.    In January 2018, the plaintiff Hospitals timely initiated appeals to the Secretary's Provider Reimbursement Review Board relating to the DSH uncompensated care payments for FFY 2018 and the validity of the final rule governing those payments.  The Secretary's Board assigned those appeals the following case numbers: 18-0574GC, 18-0624GC, 18-0627GC, 18-0683GC, 18-0684GC, 18-0685GC, 18-0686GC, 18-0687GC, 18-0688GC, 18-0689GC, 18-0690GC, 18-0691GC, 18-0692GC, 18-0693GC, 18-0694G, 18-0695GC, 18-0696GC, 18-0697GC, 18-0700GC, 18-0711GC, 18-0747GC, 18-0748GC, 18-0749GC, 18-0750GC, 18-0797GC, 18-0798GC, 18-0811GC, 18-0812GC, 18-0813GC, 18-0814GC, 18-0815GC, 18-0816GC, and 18-0817GC.

26.    In a decision dated November 20, 2018, the Secretary's Board dismissed the appeals *sua sponte* based on its conclusion that the Hospitals' claims are precluded from review by 42 U.S.C. § 1395ww(r)(3).  The Board made this decision without providing the plaintiff Hospitals the opportunity to be heard as to why jurisdiction was proper.[1]

## VI.    ASSIGNMENT OF ERRORS

27.    The Medicare statute provides for judicial review of final decisions of the Secretary under the applicable provisions of the APA.  42 U.S.C. § 1395oo(f)(1).

28.    The applicable provisions of the APA provide that the "reviewing court shall . . . hold unlawful and set aside agency action . . . found to be . . . (A) arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law; . . .(C) in excess of statutory jurisdiction,

---

[1] In only one of the 32 group appeals subject to the Board's November 20, 2018 dismissal notice (number 18-0574GC) did briefing on jurisdiction occur and in none was there an opportunity for a hearing.

authority, or limitations, or short of statutory right; (D) without observance of procedure required by law; [or] (E) unsupported by substantial evidence[.]"  5 U.S.C. § 706(2).  The decision by the Secretary's Board to dismiss the Hospitals' appeals should be set aside for several reasons, including those described below.

29.     The *sua sponte* dismissals of the Hospitals' appeals by the Secretary's Board, without first affording the Hospitals an opportunity to offer evidence and briefing as to why the Board has jurisdiction over the Hospitals' claims, constitutes a denial of due process and is arbitrary, capricious, an abuse of discretion and otherwise improper.

30.     The DSH uncompensated care payment statute precludes administrative and judicial review of certain limited elements of the payment calculation—"estimates of the Secretary" and "periods selected by the Secretary."  42 U.S.C. § 1395ww(r)(3).  The Secretary's Board erred in dismissing the Hospitals claims that do not fall into these narrow categories.

31.     The Hospitals' challenges to the validity of the general rule governing the methodology used to determine DSH uncompensated care payment amounts for FFY 2018, for example, is not precluded from review.  *See ParkView Med. Assocs., L.P. v. Shalala*, 158 F.3d 146, 148 (D.C. Cir. 1998) (holding that although "[j]udicial review of the [reclassification] denial itself" was barred, the hospital was nonetheless "free to challenge the general rules leading to the denial"); *see also Universal Health Servs. of McAllen, Inc. v. Sullivan*, 770 F. Supp. 704 (D.D.C. 1991), *aff'd*, 978 F.2d 745 (D.C. Cir. 1992).

32.     The Secretary's final determinations denying jurisdiction over the plaintiff Hospitals' claims is also invalid, and should be set aside, because it raises serious constitutional concerns.  Congress can "make exceptions to the historic practice whereby courts review agency action" only "[s]ubject to constitutional constraints," *Bowen v. Mich. Acad. of Family Physicians*,

476 U.S. 667, 672-73 (1986), and deprivation of all review raises "serious constitutional question[s]," *id.* at 681 n.12 (internal quotation marks omitted). "Separation-of-powers concerns" likewise "caution *** against reading legislation," including the statute governing the DSH payment for uncompensated care, "to place in executive hands authority to remove cases from the Judiciary's domain." *Kucana v. Holder*, 558 U.S. 233, 237 (2010).

## VII.    RELIEF REQUESTED

33.    For the foregoing reasons, plaintiff Hospitals request an Order:

a)    declaring invalid and setting aside the final decisions precluding administrative and judicial review of the Hospitals' appeals relating to their DSH uncompensated care payments for Federal fiscal year 2018;

b)    remanding this matter to the Secretary's Board for further proceedings on the merits of the Hospitals' claims;

c)    directing the Secretary to pay plaintiff Hospitals' legal fees and other costs of suit; and

d)    providing such other relief as the Court may deem appropriate.


Respectfully Submitted,


/s/ Stephanie A. Webster
Stephanie A. Webster
  DC Bar No. 479524
Christopher L. Keough
  DC Bar No. 436567
Alex J. Talley
  DC Bar No. 1020488
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Phone: (202) 887-4049

Fax: (202) 887-4288
swebster@akingump.com

Dated: January 18, 2019