## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAINT AGNES MEDICAL CENTER, *et al.*, | ) ) ) | |
| Plaintiffs, | ) | Case No.: 19-cv-0121(TNM) |
| v. | ) ) | |
| ALEX M. AZAR II, Secretary of Health and Human Services, | ) ) ) | |
| Defendant. | ) ) ) | |

### NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby dismiss this case.

Respectfully submitted,

By: /s/ Stephanie A Webster
Stephanie A. Webster
  DC Bar No. 479524
Christopher L. Keough
  DC Bar No. 436567
Alex J. Talley
  DC Bar No. 1020488
AKIN GUMP STRAUSS HAUER & FELD L.L.P.
2001 K Street, N.W.
Washington, D.C.  20006
(202) 887-4049 (phone)
(202) 887-4288 (fax)
E-mail: swebster@akingump.com

*Counsel for Plaintiffs*

Dated:  August 20, 2019